UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| JOHN DEHART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Defendant. | NO. _____<br><br>NOTICE OF REMOVAL<br><br>**Clerk's Action Required**<br><br>(FROM THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR BENTON COUNTY, CAUSE NO. _____ |

TO:　　　　The Judges and Clerk of the United States District Court in and for the Eastern District of Washington at Richland;

AND TO:　　John DeHart, plaintiff;

AND TO:　　David R. Hevel and Smart Law Offices, his attorneys.

　　　　Defendant State Farm Mutual Automobile Insurance Company ("State Farm") hereby gives notice that this action is removed to the United States District Court for the Eastern District of Washington at Richland from the Superior Court

NOTICE OF REMOVAL – NO. _____　　　　- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1859067.doc/022322 1734/8664-0016

of Washington, in and for Benton County. Pursuant to 28 U.S.C. § 1441, State Farm further states as follows:

1. **State Court Action**: State Farm is a defendant in a civil action pending in the Superior Court of Washington, in and for Benton County, styled *John DeHart v. State Farm Mutual Automobile Insurance Company* (the "State Court Action"). Plaintiff has not yet filed the Complaint in state court, but the action became removable on January 24, 2022 when State Farm received the pending Complaint.

2. **Commencement of State Court Action**: The State Court Action was commenced when plaintiff's Summons and Complaint were received by State Farm, on or about January 24, 2022. This Notice of Removal is timely, in that it is being filed within thirty (30) days of service of the Complaint upon State Farm. State Farm has not filed any pleadings in this case in the Superior Court to date.

3. **Record in State Court**: The following pleadings constitute all of the process, pleadings and orders received by State Farm in this action up to the present time:

- Insurance Commissioner's Certificate of Service;
- Summons;
- CSC Notice of Service of Process;
- Complaint.

4. A true and correct copy of plaintiff's Complaint is attached hereto as Exhibit A. True and correct copies of the above pleadings are attached to the Declaration of Vasudev N. Addanki Regarding Records and Proceedings in State Court as Exhibit 1.

NOTICE OF REMOVAL – NO. _____

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1859067.doc/022322 1734/8664-0016

5. **Diversity of Citizenship is Basis for Federal Court Jurisdiction**: This dispute between plaintiff and State Farm is a controversy between citizens of different states.

6. Plaintiff is a resident of Benton County, and at all times material hereto maintained his principal place of residence in Benton County, Washington.

7. State Farm is, and at all material times has been, incorporated under the laws of the State of Illinois with its principal place of business in McLean County, Illinois.

8. Complete diversity exists between plaintiff and State Farm.

9. **Nature and Description of Case**: The above-entitled action is a civil action seeking damages for breach of contract and tortious conduct.

10. **Amount in Controversy**: The amount in controversy is expressly set forth in plaintiff's Complaint as at least $100,000 (¶¶ 3.6, 3.9, and prayer for relief of Complaint). State Farm therefore asserts that the monetary value relief plaintiff seeks in this action exceeds $75,000, for the above reasons as well as the following reasons:

    a. entry of judgment for plaintiff may result in indemnification obligations exceeding $75,000;

    b. plaintiff seeks monetary damages for the alleged bad faith of State Farm;

    c. plaintiff seeks an award of treble damages pursuant to RCW Ch. 19.86, which damages may equal the statutory limit of $25,000;

    d. plaintiff seeks prejudgment interest; and

    e. plaintiff seeks an award of reasonable attorneys' fees and costs.

NOTICE OF REMOVAL – NO. _____ - 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1859067.doc/022322 1734/8664-0016

11. Taking all these factors into consideration, State Farm asserts plaintiff seeks damages and other recoveries counting toward the jurisdictional minimum, aggregating well in excess of $75,000.

12. **Applicable Statutes**: This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable pursuant to 28 U.S.C. § 1441(b).

13. **Concurrent Notice to State Court**: State Farm is concurrently filing a copy of this Notice of Removal with the Clerk of the Benton County Superior Court, pursuant to 28 U.S.C. § 1446(d).

DATED this 23rd day of February, 2022.

                                                             BETTS, PATTERSON & MINES, P.S.

By   /s Vasudev N. Addanki
   Vasudev N. Addanki, WSBA #41055
   Danielle N. McKenzie, WSBA #49715
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:       vaddanki@bpmlaw.com
E-mail:       dmckenzie@bpmlaw.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

NOTICE OF REMOVAL – NO. _____    - 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1859067.doc/022322 1734/8664-0016

# CERTIFICATE OF SERVICE

I, Vasudev N. Addanki, hereby certify that on February 23, 2022, I electronically filed the following:

- **Notice Of Removal; and**

- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to the following:

>*Counsel for Plaintiff*:
>David R. Hevel
>Smart Law Offices
>309 N. Delaware Street, #7750
>Kennewick, WA 99336
>(509) 735-5555
>dhevel@smartlawoffices.com

Dated this 23rd day of February, 2022.

>BETTS, PATTERSON & MINES, P.S.
>
>By   /s Vasudev N. Addanki
>  Vasudev N. Addanki, WSBA #41055
>  Danielle N. McKenzie, WSBA #49715
>Betts, Patterson & Mines, P.S.
>One Convention Place, Suite 1400
>701 Pike Street
>Seattle WA  98101-3927
>Telephone:   (206) 292-9988
>Facsimile:   (206) 343-7053
>E-mail:      vaddanki@bpmlaw.com
>E-mail:      dmckenzie@bpmlaw.com
>Attorneys for Defendant State Farm Mutual Automobile Insurance Company

NOTICE OF REMOVAL – NO. _____ - 5 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1859067.doc/022322 1734/8664-0016